# EXHIBIT B

STATE OF FLORIDA )

COUNTY OF SARASOTA )

### AFFIDAVIT OF JEFFERY BERNDT

Before me, the undersigned, a Notary Public in and for said jurisdiction, personally appeared Jeffery Berndt after being duly sworn to me, states as follows:

1. My name is Jeffery Berndt. I am over the age of 19 years and a resident citizen of the State of Florida. I am Vice-President of the National Boat Owners Association Marine Insurance Agency, Inc ("NBOA"). I have personal knowledge of the matters contained in this affidavit.

2. NBOA is a corporation organized under the laws of the State of Florida. NBOA's principal place of business is in Sarasota, Florida.

3. NBOA is a defendant in the lawsuit pending in the Circuit Court of Montgomery County, Alabama, styled *Thomas C. Crews v. National Boat Owners Association (NBOA) Marine Insurance Agency, Inc. et al.* and bearing Civil Action No. CV-05-2232. NBOA hereby consents to removal of this action to the United States District Court for the Middle District of Alabama, Northern Division, and specifically joins in the notice of removal filed by co-defendant Markel American Insurance Company.

Further the affiant sayeth not.

_____
JEFFERY BERNDT

SWORN to and subscribed before me on this the 1st day of November, 2005.

ANGELA OSWALD
MY COMMISSION # DD 467586
EXPIRES: August 31, 2009
Bonded Thru Notary Public Underwriters

_____
NOTARY PUBLIC
My Commission Expires: 8/31/09

(SEAL)