# EXHIBIT C

STATE OF FLORIDA )

COUNTY OF SARASOTA )

## AFFIDAVIT OF JACKIE ASHE

Before me, the undersigned, a Notary Public in and for said jurisdiction, personally appeared Jackie Ashe after being duly sworn to me, states as follows:

1. My name is Jackie Ashe. I am a Customer Service Representative for the National Boat Owners Association Marine Insurance Agency, Inc. I am over the age of 19 years and a resident citizen of the State of Florida.

2. I am resident and domiciliary of the State of Florida.

3. I am a defendant in the lawsuit pending in the Circuit Court of Montgomery County, Alabama, styled *Thomas C. Crews v. National Boat Owners Association (NBOA) Marine Insurance Agency, Inc.* et al. and bearing Civil Action No. CV-05-2232. I hereby consent to removal of this action to the United States District Court for the Middle District of Alabama, Northern Division, and specifically join in the notice of removal filed by co-defendant Markel American Insurance Company.

Further the affiant sayeth not.

_____
JACKIE ASHE

SWORN to and subscribed before me on this the 1st day of November, 2005.

_____
NOTARY PUBLIC
My Commission Expires: 8/31/09

(SEAL)

ANGELA OSWALD
MY COMMISSION # DD 467586
EXPIRES: August 31, 2009
Bonded Thru Notary Public Underwriters

162150.1