RECEIVED

2005 NOV -2 P 3:55

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS C. CREWS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL BOAT OWNERS )<br>ASSOCIATION (NBOA) MARINE )<br>INSURANCE AGENCY, INC; MARKEL )<br>AMERICAN LIFE INS. COMPANY; and )<br>JACKIE ASHE, individually and as agent )<br>for the NATIONAL BOAT OWNERS )<br>ASSOCIATION MARINE INSURANCE )<br>AGENCY, INC., )<br>)<br>Defendants. )<br>) | CV- 2:05cv1057-F |

## SUPPLEMENT TO NOTICE OF REMOVAL

Markel American Insurance Company ("Markel") hereby supplements Exhibit A to its Notice of Removal, filed November 1, 2005, with the attached document.

Respectfully submitted this the 2nd day of November, 2005.

_____
One of the Attorneys for Defendant
Markel American Insurance Co.

OF COUNSEL:
Alan T. Rogers
BALCH & BINGHAM LLP
1710 Sixth Avenue North
Birmingham, Alabama 35203-2015
(205) 488-5444
Fax: (205) 488-5775
Email: arogers@balch.com

162369.1

Paul A. Clark (CLA076)
G. Lane Knight
BALCH & BINGHAM LLP
105 Tallapoosa Street
Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (866) 736-3856
E-mail: pclark@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that have served a copy of the foregoing by placing a copy of the same in the United States Mail, postage pre-paid, on the following persons on this the 2nd day of November, 2005:

Susan Williams Reeves
714 South 29th Street
Birmingham, Alabama 35233-2810

Matthew P. Teague
Lloyd, Gray & Whitehead
2501 20th Place South, Suite 300
Birmingham, Alabama 36223

Ms. Jackie Ashe
NBOA Marine Insurance Agency
4404 North Tamiami Trail
Sarasota, Florida 34234-3864

National Boat Owners Association
Marine Insurance Agency
4404 North Tamiami Trail
Sarasota, Florida 34234-3864

_____
OF COUNSEL

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

THOMAS C. CREWS )
　　　Plaintiff, )
 )
v )
 )  CV-05-2232
NATIONAL BOAT OWNERS )
ASSOCIATION (NBOA) MARINE )
INSURANCE AGENCY, INC.; MARKEL )
AMERICAN INSURANCE COMPANY; )
and JACKIE ASHE, individually )
and as agent for the NATIONAL )
BOAT OWNERS ASSOCIATION (NBOA) )
MARINE INSURANCE AGENCY, INC. )
 )
　　　Defendants. )

FILED CIRCUIT COURT OF MONTGOMERY COUNTY 2005 AUG 29 AM 11:24

## SUMMONS

This service by certified mail of this Summons is initiated upon the written request of plaintiff's attorney pursuant to the Alabama Rules of Civil Procedure.

NOTICE TO:   Ms. Jackie Ashe
　　　　　　　NBOA Marine Insurance Agency
　　　　　　　4404 North Tamiami Trial
　　　　　　　Sarasota FL 34234-3864           D3

The Complaint which is attached to this Summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the complaint, Susan Williams Reeves, 714 South 29th Street, Birmingham AL 25233, THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

Date 09/07/05

_Melissa Rittenour_
CLERK OF THE COURT