IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 NOV -3 A 11: 26

| | |
|---|---|
| THOMAS C. CREWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NATIONAL BOAT OWNERS ASSOCIATION ) | |
| (NBOA) MARINE INSURANCE AGENCY, ) | CIVIL ACTION NUMBER: |
| INC.; MARKEL AMERICAN LIFE ) | 2:05 CV 1057-F |
| INSURANCE COMPANY; and JACKIE ) | |
| ASHE, individually and as agent for the ) | |
| NATIONAL BOAT OWNERS ASSOCIATION ) | |
| MARINE INSURANCE AGENCY, INC., ) | |
| ) | |
| Defendants. ) | |

### NATIONAL BOAT OWNERS ASSOCIATION MARINE INSURANCE AGENCY, INC.'S AND JACKIE ASHE'S JOINDER OF AND CONSENT TO MARKEL AMERICAN INSURANCE COMPANY'S NOTICE OF REMOVAL

COMES NOW, National Boat Owners Association Marine Insurance Agency, Inc. and Jackie Ashe (hereinafter "Defendants"), by and through the undersigned counsel, and file this their Joinder of and Consent to Markel American Insurance Company's Notice of Removal.

Respectfully submitted this the 2nd day of **November, 2005**:

*s/ Laura C. Nettles*
Laura C. Nettles (ASB-5805-S63L)
Matthew P. Teague (ASB-5085-W72T)
Attorneys for Defendants, National Boat Owners
Association Marine Insurance Agency, Inc. and
Jackie Ashe

OF COUNSEL:

LLOYD, GRAY & WHITEHEAD, P.C.
2501 20th Place South, Suite 300
Birmingham, Alabama 35223

Telephone:   (205) 967-8822
Facsimile:   (205) 967-2380

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document to all attorneys of record via United States Postal Service and by electronically filing the foregoing document with the United States District Court, Middle District of Alabama on this the 2nd day of **November, 2005**:

Susan Williams Reeves, Esq.
714 South 29th Street
Birmingham, Alabama 35233

G. Lane Knight, Esq.
**BALCH & BINGHAM, LLP**
Post Office Box 78
Montgomery, Alabama 36104

s/ Laura C. Nettles
**OF COUNSEL**