IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS C. CREWS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v ) | CV 02-05cv1057-F |
| ) | |
| NATIONAL BOAT OWNERS ) | |
| ASSOCIATION (NBOA) MARINE ) | |
| INSURANCE AGENCY, INC.; MARKEL ) | |
| AMERICAN INSURANCE COMPANY; ) | |
| and JACKIE ASHE, individually ) | |
| and as agent for the NATIONAL ) | |
| BOAT OWNERS ASSOCIATION (NBOA) ) | |
| MARINE INSURANCE AGENCY, INC. ) | |
| ) | |
| Defendants. ) | |

**AFFIDAVIT OF BARBARA HOUTS**

My name is Barbara Houts, and I reside in Jefferson County, Alabama. I am currently employed by Susan Williams Reeves as a secretary.

My office responsibilities include opening the mail, answering the phone and taking messages for Mrs. Reeves. On Thursday, September 29, 2005, Steven Goldman left a message for Mrs. Reeves, which I returned to let him know that she was out of the office and she would return his call. He responded that he would call her back because he was going to be out of his office. On Wednesday, October 6, 2005, Steven E. Goldman called a second time and left a

message for Mrs. Reeves that he need extension of time until November 1, 2005, to answer the Complaint. Mrs. Reeves returned that phone call and Mr. Goldman was not available. On Friday, October 7, 2005, Steven Goldman and Mrs. Reeves spoke to each other by phone.

On October 11, 2005, I opened the mail and dated-stamped the letter from Steven E. Goldman. A copy of that letter is attached hereto.

I swear that the above statement is true and correct.

_____
Barbara Houts

Before me, the undersigned authority in and for said county, personally appeared Barbara Houts, who is known to me, and who being by me first duly sworn, acknowledged before me that she has read the foregoing, and being informed of the contents thereof, did execute the same voluntarily on the day same bears date.

Given under my hand and seal this \_\_th day of November, 2005.

_____
Notary Public
My commission expires _____