IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS C. CREWS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-1057-F |
| | ) |
| NATIONAL BOAT OWNERS ASSOCIATION MARINE INSURANCE AGENCY, INC., *et al.,* | ) ) ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion to Remand (Doc. #4) filed on November 14, 2005, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before November 30, 2005. The plaintiff may file a reply brief on or before December 7, 2005.

DONE this 15th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE