**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| THOMAS C. CREWS, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NATIONAL BOAT OWNERS ASSOCIATION | ) |
| (NBOA) MARINE INSURANCE AGENCY, | )   CIVIL ACTION NUMBER: |
| INC.; MARKEL AMERICAN LIFE | )   2:05 CV 1057-F |
| INSURANCE COMPANY; and JACKIE | ) |
| ASHE, individually and as agent for the | ) |
| NATIONAL BOAT OWNERS ASSOCIATION | ) |
| MARINE INSURANCE AGENCY, INC., | ) |
| | ) |
|   Defendants. | ) |

## DEFENDANTS' MOTION FOR AN EXTENSION OF TIME

**COMES NOW,** National Boat Owners Association Marine Insurance Agency, Inc. and Jackie Ashe (hereinafter collectively referred to as "movant Defendants") and request this Honorable Court enter an Order extending the deadlines set forth in its November 15, 2005 Order, and in support of said motion states the following:

1. On November 14, 2005, Plaintiff Thomas C. Crews, by and through counsel, filed a Motion to Remand this matter to the Circuit Court of Montgomery County, Alabama.

2. Laura C. Nettles, Esq. and Matthew P. Teague, Esq., attorneys of record for movant Defendants were not included on Plaintiff's certificate of service and did not receive notice of Plaintiff's Motion to Remand via electronic mail by the United States District Court for the Middle District of Alabama's ECF system.

3. Movant Defendants were not made aware of this Motion to Remand until Monday, November 21, 2005.

4. Movant Defendants seek an extension of the deadline to file a response set in the Court's November 15, 2005 Order, which counsel for the Movant Defendants did not receive until November 21, 2005.

5. Movant Defendants request this Honorable Court extend the deadline to file a response, including a brief and any evidentiary materials, until December 5, 2005.

6. Movant Defendants request this Honorable Court extend the Plaintiff's deadline to file a reply brief until December 12, 2005.

7. Pursuant to a telephone conversation with Plaintiff's attorney of record, Plaintiff does not oppose this motion or the extension of deadlines sought herein.

8. Counsel of record for Defendant Markel Insurance Company does not oppose this motion or the extension of deadlines sought herein.

**WHEREFORE, PREMISES CONSIDERED,** movant Defendants request this Honorable Court enter an Order extended the deadlines to respond and adopting the proposed dates set forth herein, as said dates are agreed to by all parties.

Respectfully submitted this the **22**nd day of **November, 2005**:

/s/Matthew P. Teague
Laura C. Nettles (ASB-5805-S63L)
Matthew P. Teague (ASB-5085-W72T)
Attorneys for Defendants, National Boat Owners
Association Marine Insurance Agency, Inc. and
Jackie Ashe

**OF COUNSEL:**

**LLOYD, GRAY & WHITEHEAD, P.C.**
2501 20th Place South, Suite 300
Birmingham, Alabama 35223
Telephone:     (205) 967-8822
Facsimile:       (205) 967-2380

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing document to all attorneys of record via United States Postal Service and by electronically filing the foregoing document with the United States District Court, Middle District of Alabama on this the **22nd** day of **November, 2005**:

Susan Williams Reeves, Esq.
714 South 29th Street
Birmingham, Alabama 35233

G. Lane Knight, Esq.
**BALCH & BINGHAM, LLP**
Post Office Box 78
Montgomery, Alabama 36104

              */s/Matthew P. Teague*
              **OF COUNSEL**