IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS C. CREWS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-1057-F |
| | ) |
| NATIONAL BOAT OWNERS ASSOCIATION MARINE INSURANCE AGENCY, INC., *et al.,* | ) ) ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

This cause is before the Court on Defendants' Motion for an Extension of Time (Doc. # 6). For good cause shown, it is hereby ORDERED that the motion is GRANTED. Accordingly, it is further ORDERED that the defendants file their response to plaintiff's Motion to Remand (Doc. #4), which response shall include a brief and any evidentiary materials, on or before December 5, 2005. The plaintiff may file a reply brief on or before December 12, 2005.

DONE this 23rd day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE