IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS C. CREWS, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NATIONAL BOAT OWNERS ASSOCIATION | ) |
| (NBOA) MARINE INSURANCE AGENCY, | ) CIVIL ACTION NUMBER: |
| INC.; MARKEL AMERICAN LIFE | ) 2:05 CV 1057-F |
| INSURANCE COMPANY; and JACKIE | ) |
| ASHE, individually and as agent for the | ) |
| NATIONAL BOAT OWNERS ASSOCIATION | ) |
| MARINE INSURANCE AGENCY, INC., | ) |
| | ) |
|   Defendants. | ) |

**NATIONAL BOAT OWNERS ASSOCIATION MARINE INSURANCE AGENCY, INC.'S AND JACKIE ASHE'S JOINDER TO MARKEL AMERICAN INSURANCE COMPANY'S RESPONSE TO PLAINTIFF'S MOTION TO REMAND**

**COMES NOW,** National Boat Owners Association Marine Insurance Agency, Inc. and Jackie Ashe (hereinafter "Defendants"), by and through the undersigned counsel, and file this their Joinder to Markel American Insurance Company's Response to Plaintiff's Motion to Remand.

Respectfully submitted this the **5th** day of **December, 2005**:

                                            *s/Laura C. Nettles*
                                            Laura C. Nettles (ASB-5805-S63L)
                                            Matthew P. Teague (ASB-5085-W72T)
                                            Attorneys for Defendants, National Boat Owners
                                            Association Marine Insurance Agency, Inc. and
                                            Jackie Ashe

**OF COUNSEL:**

**LLOYD, GRAY & WHITEHEAD, P.C.**
2501 20th Place South, Suite 300
Birmingham, Alabama 35223
Telephone:   (205) 967-8822
Facsimile:    (205) 967-2380

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing document to all attorneys of record via United States Postal Service and by electronically filing the foregoing document with the United States District Court, Middle District of Alabama on this the **5th** day of **December, 2005**:

Susan Williams Reeves, Esq.
714 South 29th Street
Birmingham, Alabama 35233

G. Lane Knight, Esq.
**BALCH & BINGHAM, LLP**
Post Office Box 78
Montgomery, Alabama 36104

                                    *s/Laura C. Nettles*
                                    **OF COUNSEL**