**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 13, 2005

# NOTICE OF CORRECTION

**To:** Counsel of Record

**From:** Clerk's Office

**Case Style** Thomas Crews vs. National Boat Owners Assoc. Marine Ins. Agency
Civil Action No. 2:05cv1057

**Referenced Pleading** Motion to Remand
Document #10

This Notice of Correction is filed in this case to reflect that the above-referenced entry was e-filed incorrectly as a Motion to Remand. This document is a Reply to the Response to the Motion to Remand.