IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| THOMAS C. CREWS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-1057-F |
| | ) |
| NATIONAL BOAT OWNERS | ) |
| ASSOCIATION MARINE INSURANCE | ) |
| AGENCY, INC., *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion to Stay Preliminary Discovery Requirements (Doc. #14) filed on December 29, 2005, it is hereby

ORDERED that the plaintiff show cause in writing on or before January 11, 2006 as to why the motion should not be granted.

DONE this the 4th day of January, 2006.

    /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

    /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE